**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**TONY ADDISON**                                                                                            **PETITIONER**
**ADC #089168**

**v.**                               **CASE NO. 5:19-CV-00112 BSM**

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**


## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 8] is adopted, and Tony Addison's petition [Doc. No. 2] is dismissed with prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 3rd day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE