IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TONY ADDISON**                                                                                        **PETITIONER**
**ADC #089168**

**v.**                     **CASE NO. 5:19-CV-00112 BSM**

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                                          **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of April, 2020.

                                                                         UNITED STATES DISTRICT JUDGE